IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR SANCHEZ, et al., on their own and on behalf of a class of others similarly situated,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>DALLAS COUNTY SHERIFF MARIAN BROWN, in her official capacity, and DALLAS COUNTY, TEXAS,<br><br>Defendants/Respondents. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:20-cv-00832-E |

## ORDER

Plaintiffs/Petitioners, detainees at the Dallas County Jail, have filed a Motion for Temporary Restraining Order, Preliminary Injunction, and Writ of Habeas Corpus seeking immediate, emergency relief due to conditions at the jail as a result of COVID-19 (Doc. 2). The Court orders an expedited briefing schedule on the motion as follows:

1. Defendants'/Respondents' response is due by 5 p.m. on April 15, 2020. The response should include a description of any steps being taken to protect all detainees/inmates and jail employees from contracting COVID-19 and to care for those at the jail who have already contracted the virus. The response should also provide information on the availability of alternatives to incarceration (e.g., leg monitors, GPS location devices), including the number of such devices available and the cost per person for use.

2. Plaintiffs' reply is due by 5 p.m. on April 17, 2020. It should include a discussion of the applicability and effect of 18 U.S.C. § 3626.

A hearing on the motion is set for Tuesday, April 21, 2020 at 10:00 a.m. with details to follow in a separate order.

Because Defendants have not yet made an appearance in this case, Plaintiffs' counsel is ordered to immediately serve a copy of this Order, along with a copy of the Petition for Writ of Habeas Corpus and Class Action Complaint for Injunctive and Declaratory Relief and a copy of the Motion for Temporary Restraining Order, Preliminary Injunction, and Writ of Habeas Corpus, on Defendants as soon as possible and to provide the Court with verification that they have done so.

**SO ORDERED.**

Signed April 10, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE