UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, and JOSE MUNOZ, *on their own and on behalf of a class of similarly situated persons,*<br><br>                    *Petitioners/Plaintiffs*,<br><br>   v.<br><br>DALLAS COUNTY SHERIFF MARIAN BROWN, *in her official capacity,* and DALLAS COUNTY, TEXAS,<br><br>            *Respondents/Defendants.* | Civil Action No. 3:20-cv-00832-E |

## VERIFICATION OF SERVICE

In compliance with the Court's Order of April 10, 2020, this verifies that on April 9, 2020, my office electronically filed Docket Entry Nos. 1-4 using the electronic case filing system of the Court and that on the same day I emailed a true and correct courtesy copy of the those filings, which include the Petition for Writ of Habeas Corpus and Class Action Complaint for Injunctive and Declaratory Relief and the Motion for Temporary Restraining Order, Preliminary Injunction, and Writ of Habeas Corpus on counsel for defendants Dallas County Sheriff Marian Brown, in her official capacity, and Dallas County, Texas, as follows:

1

Katharine D. David
Ben Stephens
HUSCH BLACKWELL LLP
600 Travis Street, Suite 2350
Houston, Texas 77002
kate.david@huschblackwell.com
ben.stephens@huschblackwell.com

*Attorneys for Defendants*

                                             Respectfully submitted,
                                             */s/  Barry Barnett*
                                             SUSMAN GODFREY L.L.P.
                                             Barry Barnett
                                             Texas Bar No. 01778700
                                             8115 Preston Road, Suite 575
                                             Dallas, Texas 75225
                                             866-754-1900
                                             *bbarnett@susmangodfrey.com*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record by email, this 10th day of April, 2020, as indicated below:

Katharine D. David
Ben Stephens
HUSCH BLACKWELL LLP
600 Travis Street, Suite 2350
Houston, Texas 77002
kate.david@huschblackwell.com
ben.stephens@huschblackwell.com

*Attorneys for Defendants*

                                                  */s/  Barry Barnett*
                                                 Barry Barnett