UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, AND JOSE MUNOZ; *On Their Own And On Behalf Of A Class Of Similarly Situated Persons*,     *Petitioners/Plaintiffs,* <br><br> v. <br><br> DALLAS COUNTY SHERIFF MARIAN BROWN, *In Her Official Capacity;* DALLAS COUNTY, TEXAS,     *Respondents/Defendants.* | § § § § § § § § § § § § § § § § § § | Case No. 3:20-cv-00832 |

## MOTION TO INTERVENE
## BY THE STATE OF TEXAS, GOVERNOR OF TEXAS,
## AND ATTORNEY GENERAL OF TEXAS

The State of Texas, the Honorable Greg Abbott, Governor of Texas, and the Honorable Ken Paxton, Attorney General of Texas ("State Intervenors"), by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24, move to intervene as defendants in the above-captioned action. In support of this Motion, the State Intervenors rely on the following contemporaneously filed documents:

    1.    Memorandum in Support of State Intervenors' Motion to Intervene;

    2.    [Proposed] Order Granting State Intervenors' Motion to Intervene; and

    3.    State Intervenors' Notice of Opposition.

For the reasons stated in this Motion and accompanying documents, State Intervenors respectfully request that the Court grant this Motion to Intervene.

> Respectfully submitted.
>
> KEN PAXTON
> Attorney General of Texas
>
> JEFFREY C. MATEER
> First Assistant Attorney General
>
> RYAN L. BANGERT
> Deputy First Assistant Attorney General
>
> DARREN L. MCCARTY
> Deputy Attorney General for Civil Litigation
>
> THOMAS A. ALBRIGHT
> Chief for General Litigation Division
>
> */s/ Adam Arthur Biggs*
> ADAM ARTHUR BIGGS
> Attorney-in-Charge
> Special Litigation Counsel[1]
> Texas Bar No. 24077727
> General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> (512) 463-2120 | FAX: (512) 320-0667
> adam.biggs@oag.texas.gov
>
> **COUNSEL FOR THE STATE OF TEXAS, THE GOVERNOR OF TEXAS, AND THE ATTORNEY GENERAL OF TEXAS**

---

[1] Exempted from admission to practice requirement pursuant to Local Rule 83.11.

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 13, 2020, I conferred with counsel for Plaintiffs and Defendants via email regarding the substance of the foregoing instrument. Plaintiffs stated that they are opposed to this motion. Defendants stated they are unopposed to this motion.

/s/ *Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Special Litigation Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Special Litigation Counsel