UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, AND JOSE MUNOZ; *On Their Own And On Behalf Of A Class Of Similarly Situated Persons*,    *Petitioners/Plaintiffs*, | § § § § § § § § § § | Case No. 3:20-cv-00832 |
| v. | § § | |
| DALLAS COUNTY SHERIFF MARIAN BROWN, *In Her Official Capacity; DALLAS COUNTY, TEXAS,*    *Respondents/Defendants.* | § § § § § | |

## NOTICE OF OPPOSITION

The State of Texas, the Honorable Greg Abbott, Governor of Texas, and the Honorable Ken Paxton, Attorney General of Texas ("State Intervenors"), by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24(c), file this Notice to inform the Court that they are seeking to intervene in this matter to oppose Plaintiffs/Petitioners' Motion for Temporary Restraining Order, Preliminary Injunction, and Writ of Habeas Corpus ("Plaintiffs' Motion") and all other relief Plaintiffs/Petitioners seek in this lawsuit and will timely file a response to Plaintiffs/Petitioners' Motion in accordance with the Court's April 10, 2020 Order (ECF No. 14).

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/ Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Attorney-in-Charge
Special Litigation Counsel[1]
Texas Bar No. 24077727
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
adam.biggs@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS,
THE GOVERNOR OF TEXAS, AND
THE ATTORNEY GENERAL OF TEXAS**

---

[1] Exempted from admission to practice requirement pursuant to Local Rule 83.11.

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Special Litigation Counsel