## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, and JOSE MUNOZ, *on their own and on behalf of a class of similarly situated persons,*<br><br>　　　　　　*Petitioners/Plaintiffs*,<br><br>　　v.<br><br>DALLAS COUNTY SHERIFF MARIAN BROWN, *in her official capacity,* and DALLAS COUNTY, TEXAS,<br><br>　　　　*Respondents/Defendants.* | Civil Action No. 3:20-cv-00832-E |

## ADVISORY OF RULING IN HARRIS COUNTY BAIL CASE

Oscar Sanchez and the other plaintiffs submit this Advisory of Ruling in Harris County Bail Case to inform the Court that this/yesterday evening Chief Judge Lee H. Rosenthal issued a Memorandum and Order denying without prejudice motions for temporary restraining orders that would require Harris County to provide "formal, individualized, evidentiary hearings to determine whether [pretrial felony arrestees] could be safely released on a personal bond" and would "overturn as unconstitutional part of Governor Greg Abbott's Executive Order GA-13, which limits state district judges' discretion to issue personal bonds during the COVID-19 crisis." *Russell v. Harris County, Texas*, Civil Action No. H-19-226, Doc. 122, at *2 (S.D. Tex. Apr. 14, 2020) (copy attached). Although the ruling in the *Russell v. Harris County* case, which pre-dates the COVID-19 pandemic, does not address the distinct legal and factual issues presented by this case, which concerns the lawfulness of exposing Dallas County detainees to a virulent, life-threatening

1

disease rather than the necessity and timeliness of individualized bail hearings in the shadow of COVID-19, Mr. Sanchez and the other plaintiffs wish the Court to be aware of this development in a parallel effort to protect the health and lives of detainees, jail personnel, and surrounding communities.

Dated: April 15, 2020

Respectfully submitted,

_/s/ Barry Barnett_____

AMERICAN CIVIL LIBERTIES FOUNDATION
Andrea Woods*
Meredith Taylor Brown*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2528
*awoods@aclu.org*

Henderson Hill*
201 W. Main St. Suite 402
Durham, NC 27701
(919) 682-9563
*hhill@aclu.org*

Amy Fettig*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
(202) 548-6608
*afettig@aclu.org*

ACLU FOUNDATION OF TEXAS
Brian Klosterboer
Texas. Bar No. 24107833
Adriana Piñon**
Texas Bar No. 24089768
Andre Segura
Texas Bar No. 24107112
5225 Katy Fwy., Suite 350
Houston, TX 77007
Tel: (713) 942-8146
Fax: (346) 998-1577

CIVIL RIGHTS CORPS
Katherine Hubbard*
Elizabeth Rossi*
1601 Connecticut Ave NW, Suite 800
Washington, D.C. 20009
(202) 894-6126
*katherine@civilrightscorps.org*
*elizabeth@civilrightscorps.org*

SUSMAN GODFREY L.L.P.
Barry Barnett
State Bar No. 01778700
8115 Preston Road, Suite 575
Dallas, TX 75225
(866) 754-1900
*bbarnett@susmangodfrey.com*

Michael Gervais*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
*mgervais@susmangodfrey.com*

NEXT GENERATION ACTION NETWORK
Alison Grinter
Texas Bar 24043476
Kim T. Cole
Texas Bar No. 24071024
1808 South Good Latimer Expressway
Dallas, TX 75226
 (214) 704-6400
*agrinter@thengan.com*
*kcole@thengan.com*

ATTORNEYS FOR PETITIONERS/PLAINTIFFS
*pro hac vice application forthcoming*

2

*\*\*N.D. Texas admission
application forthcoming*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel registered with that system, and via email, on April 15, 2020.

*/s/ Barry Barnett*_____
Barry Barnett