IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR SANCHEZ et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:20-CV-00832-E |
| DALLAS COUNTY SHERIFF et al., | § § § | |
| Defendants. | § § § | |

### ORDER

The Court's April 21, 2020, hearing on Doc. No. 2 will take place by video at 10:00 A.M.

The parties have been instructed on how to participate in the video hearing. Members of the media or public may access audio of the hearing through the following link: http://76.187.100.68:8000.

**SO ORDERED.**

17th day of April, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE