# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, JOSE MUNOZ, KIARA YARBOROUGH, OLIVIA WASHINGTON, AND IDEARE BAILEY; *on their own and on behalf of a class of similarly situated persons*; <br><br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> DALLAS COUNTY SHERIFF MARIAN BROWN, *in her official capacity*; DALLAS COUNTY, TEXAS; <br><br> *Respondents/Defendants* | Civil Action No. 20-cv-832 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 10 PAGES

Plaintiffs hereby move for leave to file a reply in support of their Motion for a Temporary Restraining Order and Writ of Habeas Corpus in excess of 10 pages specified under Local rule 7.2(c). This case warrants an overlength reply brief given the extraordinary and compelling constitutional interests involved. A brief in support of this motion and proposed order are attached.

Dated: April 17, 2020

Respectfully Submitted,

| | | |
|---|---|---|
| _____ | _____ | */s/ Barry Barnett* |
| AMERICAN CIVIL LIBERTIES FOUNDATION | ACLU FOUNDATION OF TEXAS | SUSMAN GODFREY L.L.P. |
| Andrea Woods* | Brian Klosterboer | Barry Barnett |
| N.Y. Bar No. 5595509 | Texas. Bar No. 24107833 | Texas Bar No. 01778700 |
| Brandon Buskey* | Adriana Piñon** | 8115 Preston Road, Suite 575 |
| 125 Broad Street, 18th Floor | Texas Bar No. 24089768 | Dallas, TX 75225 |
| New York, NY 10004 | Andre Segura | (866) 754-1900 |
| (212) 549-2528 | Texas Bar No. 24107112 | *bbarnett@susmangodfrey.com* |
| *awoods@aclu.org* | 5225 Katy Fwy., Suite 350 | |
| | Houston, TX 77007 | Michael Gervais* |
| Henderson Hill* | Tel: (713) 942-8146 | N.Y. Bar No. 5122890 |
| N.C. Bar No. 18563 | Fax: (346) 998-1577 | 1900 Avenue of the Stars, Suite 1400 |
| 201 W. Main St. Suite 402 | _____ | Los Angeles, CA 90067 |
| Durham, NC 27701 | CIVIL RIGHTS CORPS | (310) 789-3100 |
| (919) 682-9563 | Katherine Hubbard*** | *mgervais@susmangodfrey.com* |
| *hhill@aclu.org* | D.C. Bar No. 1500503 | |
| | Elizabeth Rossi* | _____ |
| Amy Fettig* | D.C. Bar No. 1500502 | NEXT GENERATION ACTION NETWORK |
| D.C. Bar No. 484883 | 1601 Connecticut Ave NW, Suite 800 | Alison Grinter |
| 915 15th Street N.W., 7th Floor | Washington, D.C. 20009 | Texas Bar 24043476 |
| Washington, D.C. 20005 | (202) 894-6126 | Kim T. Cole |
| (202) 548-6608 | *katherine@civilrightscorps.org* | Texas Bar No. 24071024 |
| *afettig@aclu.org* | *elizabeth@civilrightscorps.org* | 1808 South Good Latimer Expressway |
| | | Dallas, TX 75226 |
| | |  (214) 704-6400 |
| | | *agrinter@thengan.com* |
| | | *kcole@thengan.com* |

ATTORNEYS FOR PETITIONERS/PLAINTIFFS
*\*admitted pro hac vice*
*\*\*N.D. Texas admission application forthcoming*
*\*\*\* pro hac vice application forthcoming*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECG system on all counsel registered with that system, and via email, on April 17, 2020

*/s/ Barry Barnett*
Barry Barnett