# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, JOSE MUNOZ, KIARA YARBOROUGH, OLIVIA WASHINGTON, AND IDEARE BAILEY; *on their own and on behalf of a class of similarly situated persons*; | Civil Action No. 20-cv-832 |
| *Petitioners/Plaintiffs*, | |
| v. | |
| DALLAS COUNTY SHERIFF MARIAN BROWN, *in her official capacity*; DALLAS COUNTY, TEXAS; | |
| *Respondents/Defendants* | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 10 PAGES

Plaintiffs hereby move for leave to file a reply in support of their Motion for a Temporary Restraining Order and Writ of Habeas Corpus in excess of 10 pages specified under Local rule 7.2(c). This case warrants an overlength reply brief given the extraordinary and compelling constitutional interests involved. A brief in support of this motion and proposed order are attached.

Dated: April 18, 2020

Respectfully Submitted,

| | | /s/ Barry Barnett |
|---|---|---|
| AMERICAN CIVIL LIBERTIES FOUNDATION<br>Andrea Woods*<br>N.Y. Bar No. 5595509<br>Brandon Buskey*<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2528<br>*awoods@aclu.org*<br><br>Henderson Hill*<br>N.C. Bar No. 18563<br>201 W. Main St. Suite 402<br>Durham, NC 27701<br>(919) 682-9563<br>*hhill@aclu.org*<br><br>Amy Fettig*<br>D.C. Bar No. 484883<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>(202) 548-6608<br>*afettig@aclu.org* | ACLU FOUNDATION OF TEXAS<br>Brian Klosterboer<br>Texas. Bar No. 24107833<br>Adriana Piñon**<br>Texas Bar No. 24089768<br>Andre Segura<br>Texas Bar No. 24107112<br>5225 Katy Fwy., Suite 350<br>Houston, TX 77007<br>Tel: (713) 942-8146<br>Fax: (346) 998-1577<br><br>CIVIL RIGHTS CORPS<br>Katherine Hubbard***<br>D.C. Bar No. 1500503<br>Elizabeth Rossi*<br>D.C. Bar No. 1500502<br>1601 Connecticut Ave NW, Suite 800<br>Washington, D.C. 20009<br>(202) 894-6126<br>*katherine@civilrightscorps.org*<br>*elizabeth@civilrightscorps.org* | SUSMAN GODFREY L.L.P.<br>Barry Barnett<br>Texas Bar No. 01778700<br>8115 Preston Road, Suite 575<br>Dallas, TX 75225<br>(866) 754-1900<br>*bbarnett@susmangodfrey.com*<br><br>Michael Gervais*<br>N.Y. Bar No. 5122890<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 789-3100<br>*mgervais@susmangodfrey.com*<br><br>NEXT GENERATION ACTION NETWORK<br>Alison Grinter<br>Texas Bar 24043476<br>Kim T. Cole<br>Texas Bar No. 24071024<br>1808 South Good Latimer Expressway<br>Dallas, TX 75226<br>(214) 704-6400<br>*agrinter@thengan.com*<br>*kcole@thengan.com* |

ATTORNEYS FOR PETITIONERS/PLAINTIFFS
*admitted pro hac vice*
**N.D. Texas admission application forthcoming*
*** *pro hac vice application forthcoming*

## CERTIFICATE OF CONFERENCE

On April 18, 2020, I communicated by email with Kate David, counsel for defendants Dallas County Sheriff Marian Brown and Dallas County, Texas, and with Adam Biggs, counsel for proposed intervenors the State of Texas, the Governor of Texas, and the Attorney General of Texas, about the subject matter of plaintiffs' Motion for Leave to File Brief in Excess of 10 pages. Ms. David and Mr. Biggs advised me that their clients do not oppose the relief requested in the motion.

/s/ Barry Barnett
Barry Barnett

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECG system on all counsel registered with that system, and via email, on April 18, 2020

                                                                           /s/ Barry Barnett
                                                                           Barry Barnett