IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR SANCHEZ, et al., on their own and on behalf of a class of others similarly situated, | § § § § | |
| Plaintiffs/Petitioners, | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-cv-00832-E |
| DALLAS COUNTY SHERIFF MARIAN BROWN, et al., | § § § § | |
| Defendants/Respondents. | § | |

## ORDER

Before the Court is Plaintiffs/Petitioners' Motion for Temporary Restraining Order, Preliminary Injunction, and Writ of Habeas Corpus (Doc. No. 2). The Court **DENIES** the relief requested in the motion. An opinion explaining the Court's reasoning will be forthcoming soon.

**SO ORDERED.**

Signed April 27, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE