AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | TEXAS, DALLAS DIVISION |
|---|---|---|

| Sanchez et al | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Dallas County Sheriff et al | Case Number: 3:20-cv-00832-E |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| US District Judge Ada Brown | Barry Barnett | Kate David |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/21/2020-4/24/2020 | Nikki Barr | Erica Monk |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/21/2020 | | Y | Plaintiff's picture of jail intake seating area |
| 2 | | 4/21/2020 | | Y | Plaintiff's hand drawn diagram of west tower floor plan by David Jones |
| 3 | | 4/21/2020 | | Y | Plaintiff's picture of Tank 10 in West Tower |
| 4 | | 4/21/2020 | | Y | Plaintiff's picture gof Tank 10 in West Tower with red circle |
| 5 | | 4/21/2020 | | Y | Plaintiff's picture of 8 man cell in West Tower |
| 6 | | 4/21/2020 | | Y | Plaintiff's picture of guard monitoring South Tower while detainees sit at tables |
| 7 | | 4/21/2020 | | Y | Plaintiff's picture of detainees sitting/laying in bunks in South Tower pod |
| 8 | | 4/21/2020 | | Y | Plaintiff's picture guard doing rounds and detainees in bunks in South Tower pod |
| 9 | | 4/21/2020 | | Y | Plaintiff's picture of unclothed man in single cell in West Tower |
| 10 | | 4/21/2020 | | Y | Plaintiff admitted Defendant's pictures |
| 12 | | 4/23/2020 | | Y | Plaintiff's TCJC COVID-19 Form A |
| 14 | | 4/23/2020 | | Y | Plaintiff's letter from Dr. Ank Nijhjawan |
| | | 4/21/2020 | | | Witness David Jones testimony |
| | | 4/21/2020 | | | Witness Officer Emmanuel Lewis testimony |
| | | 4/22/2020 | | | Witness Dr. Bobby Cohen testimony |
| | | 4/22/2020 | | | Winess Wykivia Baily testimony |
| | | 4/23/2020 | | | Witness Chief Fredrick Robinson (Defense witness) testimony |
| | | 4/9/2020 | | | Declaration of Dr. Lofgren (ECF 3-1) |
| | | 4/9/2020 | | | Declaration of Dr. Cohen (ECF 3-2) |
| | | 4/9/2020 | | | Declaration of Eduardo Hinojosa (ECF 3-3) |
| | | 4/9/2020 | | | Declaration of David Jones (ECF 3-4) |
| | | 4/9/2020 | | | Declaration of Amy Fly on behalf of Jesus Mandujano (ECF 3-5) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3xx 2 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Sanchez et al | vs. | Dallas County Sheriff et al | CASE NO. 3:20-cv-00832-E |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/9/2020 | | | Declaration of Alison Grinter on behalf of Gloria Nelson (ECF 3-6) |
| | | 4/9/2020 | | | Declaration of Alison Grinter on behalf of Olivia Washington (ECF 3-7) |
| | | 4/9/2020 | | | Declaration of Amy Fly on behalf of Todd Whitfield (ECF 3-8) |
| | | 4/9/2020 | | | Declaration of Amy Fly on behalf of Kiara Yarborough (ECF 3-9) |
| | | 4/17/2020 | | | Declaration of Amy Fly on Behalf of Ideare Bailey (ECF 39-1) |
| | | 4/17/2020 | | | Second Declaration of Alison Grinter on behalf of Kiara Yarborough (ECF 39-2) |
| | | 4/17/2020 | | | Second Declaration of Alison Grinter on behalf of Olivia Washington (ECF 39-3) |
| | | 4/17/2020 | | | Declaration of Amy Fly on behalf of Oscar Sanchez (ECF 39-4) |
| | | 4/17/2020 | | | Declaration of Amy Fly on behalf of Marcus White (ECF 39-5) |
| | | 4/17/2020 | | | Declaration of Amy Fly on behalf of Tesmond McDonald (ECF 39-6) |
| | | 4/17/2020 | | | Declaration of Amy Fly on behalf of Marcelo Perez (ECF 39-7) |
| | | 4/17/2020 | | | Declaration of Amy Fly on behalf of Roger Morrison (ECF 39-8) |
| | | 4/17/2020 | | | Declaration of Amy Fly on behalf of Keith Baker (ECF 39-9) |
| | | 4/17/2020 | | | Declaration of Adwoa Asante on behalf of Paul Wright (ECF 39-10) |
| | | 4/17/2020 | | | Declaration of Alison Grinter on behalf of Terry McNickles (ECF 39-11) |
| | | 4/17/2020 | | | Declaration of Adwoa Asante on behalf of Jose Munoz (ECF 39-12) |
| | | 4/17/2020 | | | Amended Declaration of Alison Grinter (ECF 39-13) |
| | | 4/18/2020 | | | Supplemental Declaration of Expert Dr. Cohen (ECF 47-2) |
| | | 4/18/2020 | | | Declaration of Sagiv Galai and exhibits (ECF 47- 3-5) |
| | | 4/18/2020 | | | Supplemental Declaration of Dr. Lofgren (ECF 47-6) |
| | | 4/18/2020 | | | Declaration of Amy Fly (ECF 47-4) |
| | | 4/18/2020 | | | Declaration of James Williams (ECF 47-8) |
| | | 4/18/2020 | | | Declaration of Wykevia Bailey (ECF 47-9) |
| | | 4/20/2020 | | | Declaration of Adwoa Asante regarding Exhaustion of Grievance Procedures (ECF 63-2) |
| | | 4/20/2020 | | | Declaration of Alison Grinter regarding Exhaustion of Grievance Procedures (ECF 63-3) |
| | | 4/20/2020 | | | Declaration of Amy Fly regarding Exhaustion of Grievance Procedures (ECF 63-4) |
| | | 4/20/2020 | | | Supplemental Declaration of Amy Fly on behalf of Marcus White (ECF 68) |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

|  | Sanchez et al | vs. | Dallas County Sheriff et al | CASE NO. 3:20-cv-00832-E |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 4/23/2020 |  |  | Supplemental Declaration of Amy Fly (ECF 79) |
|  |  |  |  |  |  |

Page __3__ of __3__ Pages

To delete this page return to the top of the first page and click the "Delete LAST Page" button.

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [New Page]  [Reset]