# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **TEXAS, DALLAS DIVISION**

Sanchez et al

V.

Dallas County Sheriff et al

## EXHIBIT AND WITNESS LIST

Case Number: 3:20-cv-00832-E

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| US District Judge Ada Brown | Barry Barnett | Kate David |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 4/21/2020-4/24/2020 | Nikki Barr | Erica Monk |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 4/21/2020 | Y | Y | Defendant's picture of holding area/arraignment room with inmates standing against the walls |
|  | 2 | 4/21/2020 | Y | Y | Defendant's picture of holding area/arriagnment room with inmates seated |
|  | 3 | 4/23/2020 | Y | Y | Defendant's jail population report |
|  | 4 | 4/23/2020 | Y | Y | Defendant's PDF email regarding "COVID-19 Resources for LE and First Responders" |
|  | 5 | 4/23/2020 | Y | Y | Defendant's various pictures (pages 1,2,4, and 5) |
|  | 6 | 4/24/2020 | Y | Y | Defendant's pictures of medical facility in jail |
|  | 7 | 4/24/2020 | Y | Y | Defendant's (Sealed exhibit) |
|  | 8 | 4/24/2020 | Y | Y | Defendant's (Sealed exhibit) |
|  |  | 4/15/2020 |  |  | Declaration of Fredrick Robinson [ECF Document 34-1] |
|  |  | 4/15/2020 |  |  | Declaration of Patrick Jones [ECF Document 34-2] |
|  |  | 4/15/2020 |  |  | Declaration of Jeff Segura [ECF Document 34-3] |
|  |  | 4/24/2020 |  |  | Witness Patrick Jones for Parkland testimony |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages