AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **TEXAS, DALLAS DIVISION**

Oscar Sanchez, et al

V.

Dallas County Sheriff, et al

## EXHIBIT AND WITNESS LIST

Case Number: 3:20-cv-00832-E

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| US District Judge Ada Brown | Barry Barnett | Katharine D. David |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/21/2020-4/24/2020 | Nikki Barr | Erica Monk |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | INV. NO. | | | | |
| | 1 | 4/23/2020 | Y | Y | State Intervenors' Email Thread - Dr. Nijhawan |
| | 2 | 4/23/2020 | Y | Y | State Intervenors' Dr. Porsa Letter |
| | 4 | 4/23/2020 | Y | Y | State Intervenors' Comparison Letter |
| | 5 | 4/23/2020 | Y | Y | State Intervenors' Declaration of Oscar Mendoza from Case 4:20-cv-01115 from SDTX Houston |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages