**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, JOSE MUNOZ, KIARA YARBOROUGH, OLIVIA WASHINGTON, and IDEARE BAILEY, *on their own and on behalf of a class of similarly situated persons,*<br><br>*Petitioners/Plaintiffs,*<br>v.<br><br>DALLAS COUNTY SHERIFF MARIAN BROWN, *in her official capacity,* and DALLAS COUNTY, TEXAS,<br><br>*Respondents/Defendants.* | Civil Action No. 20-cv-832 |

**PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE**

In light of the ongoing irreparable harm to Petitioners/Plaintiffs ("Plaintiffs") from their continued confinement in the Dallas County Jail, where confirmed COVID-19 infections have increased 476 percent since April 15, Plaintiffs respectfully request that the Court immediately set a scheduling conference with counsel for all Parties at the earliest practicable time to discuss a schedule for further proceedings on Plaintiffs' claims in light of the Court's April 27, 2020 Order denying Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and Writ of Habeas Corpus. *See* Fed. R. Civ. P. 16(b)(1)(B) (calling for issuance of "scheduling order . . . after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference").

Dated: May 5, 2020.

Respectfully submitted,

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES FOUNDATION<br>Andrea Woods*<br>N.Y. Bar No. 5595509<br>Brandon Buskey*<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2528<br>*awoods@aclu.org*<br><br>Henderson Hill*<br>N.C. Bar No. 18563<br>201 W. Main St. Suite 402<br>Durham, NC 27701<br>(919) 682-9563<br>*hhill@aclu.org*<br><br>Amy Fettig*<br>D.C. Bar No. 484883<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>(202) 548-6608<br>*afettig@aclu.org* | ACLU FOUNDATION OF TEXAS<br>Brian Klosterboer<br>Texas. Bar No. 24107833<br>Adriana Piñon*<br>Texas Bar No. 24089768<br>Andre Segura<br>Texas Bar No. 24107112<br>5225 Katy Fwy., Suite 350<br>Houston, TX 77007<br>Tel: (713) 942-8146<br>Fax: (346) 998-1577<br><br>CIVIL RIGHTS CORPS<br>Katherine Hubbard**<br>D.C. Bar No. 1500503<br>Elizabeth Rossi*<br>D.C. Bar No. 1500502<br>1601 Connecticut Ave NW, Suite 800<br>Washington, D.C. 20009<br>(202) 894-6126<br>*katherine@civilrightscorps.org*<br>*elizabeth@civilrightscorps.org* | /s/ Barry Barnett_____<br>SUSMAN GODFREY L.L.P.<br>Barry Barnett<br>Texas Bar No. 01778700<br>8115 Preston Road, Suite 575<br>Dallas, TX 75225<br>(866) 754-1900<br>*bbarnett@susmangodfrey.com*<br><br>Michael Gervais*<br>N.Y. Bar No. 5122890<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 789-3100<br>*mgervais@susmangodfrey.com*<br><br>NEXT GENERATION ACTION NETWORK<br>Alison Grinter<br>Texas Bar 24043476<br>Kim T. Cole<br>Texas Bar No. 24071024<br>1808 South Good Latimer Expressway<br>Dallas, TX 75226<br> (214) 704-6400<br>*agrinter@thengan.com*<br>*kcole@thengan.com* |

ATTORNEYS FOR PETITIONERS/PLAINTIFFS
*admitted pro hac vice*
** *pro hac vice application forthcoming*

**CERTIFICATE OF CONFERENCE**

This certifies that on May 5, 2020, I conferred by email with Kate David and Adam Biggs, counsel for Defendants and Intervenors, respectively, regarding the subject matter of this motion. Ms. David and Mr. Biggs advised me that their clients do not oppose a scheduling conference but would prefer to see the Court's forthcoming opinion explaining its reasoning for denying relief in its order of April 27, 2020 first.

*/s/ Barry Barnett*
Barry Barnett

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECG system on all counsel registered with that system, and via email, on May 5, 2020.

*/s/ Barry Barnett*
Barry Barnett