

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**ROLA DAABOUL**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667
EMAIL: Rola.Daaboul@oag.texas.gov

August 11, 2020

*Via E-File*

The Honorable Ada Brown
United States District Court
1100 Commerce Street, Room 1312
Dallas, Texas 75242-1003

Re:   *Oscar Sanchez, et al. v. Dallas County Sheriff, et al.*
       Case 3:20-cv-00832
       United States District Court, Northern District of Texas, Dallas Division

Dear Judge Brown:

On June 29, 2020, Defendants filed for the Court's consideration a *Proposed Scheduling Order* [Dkt. 111]. The Proposed Scheduling Order details outstanding issues which the Parties requested the Court clarify prior to entry of their proposed deadlines. Several of the proposed deadlines agreed upon by the parties have since expired, specifically the deadline to join new parties, to amended pleadings and to file Rule 12 motions or an answer. Accordingly, State Intervenors and Defendants respectfully request that the Court clarify the issues detailed in the Proposed Scheduling Order and modify the proposed deadlines therein to allow the Parties sufficient time to present their cases.

Sincerely,

*/s/ Rola Daaboul*
Rola Daaboul
Assistant Attorney General
General Litigation Division
Counsel for State Intervenors

*/s/ Kate David*
Kate David
Husch Blackwell LLP
Counsel for Defendants

cc:   Counsel of Record
       Client