IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSCAR SANCHEZ, *et al.*, | ) |
| Plaintiffs, | ) Civil Action |
| | ) Case No. 3:20-cv-00832 |
| v. | ) |
| SHERIFF MARIAN BROWN, *et al.*, | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO QUASH AND FOR PROTECTIVE ORDER**

Before the Court is Defendant Sheriff Marian Brown's ("Sheriff Brown") Motion to Quash and for Protective Order pursuant to Federal Rule of Civil Procedure 26(c), seeking to quash Plaintiffs' October 2, 2020 Notice of Videotaped Deposition of Sheriff Marian Brown and to protect Sheriff Brown from a further deposition until Plaintiffs have made a showing that the information they seek is unavailable from other sources.

The Court, having considered Sheriff Brown's Motion, any Response, and arguments of counsel, if any, the Court GRANTS the motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the October 2, 2020 Notice of Videotaped Deposition of Sheriff Marian Brown is hereby QUASHED.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall not notice Sheriff Brown's deposition again until Plaintiffs have made a showing that they are unable to obtain the information Plaintiffs seek from other sources.

SIGNED on the _____ day of _____, 2020.

_____
JUDGE PRESIDING