IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, JOSE MUNOZ, KIARA YARBOROUGH, OLIVIA WASHINGTON, and IDEARE BAILEY, *on their own and on behalf of a class of similarly situated persons*; <br><br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> DALLAS COUNTY SHERIFF MARIAN BROWN, *in her official capacity*; DALLAS COUNTY, TEXAS; <br><br> *Respondents/Defendants* | Civil Action No. 20-cv-832-E |

## ORDER MODIFYING SCHEDULING ORDER

Before the Court is Plaintiffs' Motion to Modify Scheduling Order (Doc. No. 138). The Court **GRANTS** the Motion and modifies the Scheduling Order as follows:

1. The parties shall have until January 15, 2021, for the completion of fact discovery.

2. Plaintiffs shall have until January 15, 2021, to file an Amended Motion for Class Certification.

3. Defendants shall have until January 29, 2021, to file a Response to the Amended Motion for Class Certification.

4. Plaintiffs shall have until February 12, 2021, to file a Reply to the Amended Motion for Class Certification.

5. All other dates in the Scheduling Order shall remain the same.

**SO ORDERED**.

Signed October 27, 2020

_____
Ada Brown
UNITED STATES DISTRICT JUDGE