UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR SANCHEZ, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 3:20-cv-00832-E |
| SHERIFF MARIAN BROWN, et al., | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO QUASH
## OR FOR PROTECTIVE ORDER

Before the Court is a Motion to Quash or for Protective Order filed by non-party Emanuel Lewis (Doc. No. 154). The motion involves an October 15, 2020 Subpoena to Testify at a Deposition in a Civil Action, which directs Lewis to produce 25 categories of documents on October 30, 2020, and appear for a deposition on November 4, 2020. The Court GRANTS Lewis's Motion and ORDERS that the Subpoena is in all respects quashed.

**SO ORDERED.**

Signed November 10, 2020.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE