UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, JOSE MUNOZ, KIARA YARBOROUGH, OLIVIA WASHINGTON, and IDEARE BAILEY, *on their own and on behalf of a class of similarly situated persons*,<br><br>   *Petitioners/Plaintiffs*,<br><br> v.<br><br>DALLAS COUNTY SHERIFF MARIAN BROWN, *in her official capacity,* and DALLAS COUNTY, TEXAS,<br><br>   *Respondents/Defendants.* | Civil Action No. 20-cv-832 |

**PLAINTIFFS' RULE 37 MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 37, Plaintiffs, through their undersigned counsel, respectfully move this Court for an order compelling Defendants Dallas County Sheriff Marian Brown and Dallas County, Texas ("Defendants"), to produce COVID-related grievances by Detainees of the Dallas County Jail submitted to Defendants Sheriff Marian Brown and Dallas County, Texas, in addition to Defendants' responses thereto.

Plaintiffs also move this Court to require Defendants to file an expedited response brief, given the short time period for fact discovery in this case.

For the reasons stated in the Plaintiffs' Memorandum in Support of the instant Motion to

/ / /

Compel Production of Documents, Plaintiffs respectfully request that the Court grant the Motion.

Dated: December 8, 2020

Respectfully submitted,

/s/ *Henderson Hill*
AMERICAN CIVIL LIBERTIES FOUNDATION
Henderson Hill*
N.C. Bar No. 18563
201 W. Main St. Suite 402
Durham, NC 27701
(919) 682-9563
*hhill@aclu.org*

Andrea Woods*
N.Y. Bar No. 5595509
Brandon Buskey*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2528
*Awoods@aclu.org*

/s/ *Adam Safwat*
WEIL, GOTSHAL & MANGES LLP
Adam Safwat*
D.C. Bar No. 1024043
Sarah Choi*
D.C. Bar No. 1657764
2001 M Street NW, Suite 600
Washington, D.C. 20036
(202) 682-7000
*adam.safwat@weil.com*
*sarah.choi@weil.com*

/s/ *Brian Klosterboer*
ACLU FOUNDATION OF TEXAS
Brian Klosterboer
Texas. Bar No. 24107833
Adriana Piñon*
Texas Bar No. 24089768
Andre Segura
Texas Bar No. 24107112
5225 Katy Fwy., Suite 350
Houston, TX 77007
Tel: (713) 942-8146
Fax: (346) 998-1577

/s/ *Elizabeth Rossi*
CIVIL RIGHTS CORPS
Elizabeth Rossi*
D.C. Bar No. 1500502
1601 Connecticut Ave NW, Suite 800
Washington, D.C. 20009
(202) 894-6126
*elizabeth@civilrightscorps.org*

/s/ *Barry Barnett*
SUSMAN GODFREY L.L.P.
Barry Barnett
Texas Bar No. 01778700
8115 Preston Road, Suite 575
Dallas, TX 75225
(866) 754-1900
*bbarnett@susmangodfrey.com*

Michael Gervais*
N.Y. Bar No. 5122890
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
*mgervais@susmangodfrey.com*

/s/ *Alison Grinter*
NEXT GENERATION ACTION NETWORK
Alison Grinter
Texas Bar 24043476
Kim T. Cole
Texas Bar No. 24071024
1808 South Good Latimer Expressway
Dallas, TX 75226
 (214) 704-6400
*agrinter@thengan.com*
*kcole@thengan.com*

ATTORNEYS FOR PETITIONERS/PLAINTIFFS
**admitted pro hac vice*

## CERTIFICATE OF CONFERENCE

As set forth in the Memorandum of Law and Declaration of Adam Safwat in Support of Plaintiffs' Motion to Compel, the parties met and conferred by telephone and through correspondence, but have reached an impasse on the subject of the Motion.

/s/*Adam Safwat*

Adam Safwat

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel registered with that system, and via email, on December 8, 2020.

/s/*Adam Safwat*

Adam Safwat