IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSCAR SANCHEZ, MARCUS WHITE, TESMOND MCDONALD, MARCELO PEREZ, ROGER MORRISON, KEITH BAKER, PAUL WRIGHT, TERRY MCNICKELS, JOSE MUNOZ, KIARA YARBOROUGH, OLIVIA WASHINGTON, and IDEARE BAILEY, *on their own and on behalf of a class of similarly situated persons*; <br><br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> DALLAS COUNTY SHERIFF MARIAN BROWN, *in her official capacity*; DALLAS COUNTY, TEXAS; <br><br> *Respondents/Defendants* | Civil Action No. 20-cv-00832 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RULE 37
MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

NOW BEFORE THE COURT is Plaintiffs' Rule 37 Motion to Compel Production Documents, filed on December 8, 2020, ECF 173 (the "Motion"). Having considered the Motion, and the arguments in support of and against the Motion, the Court hereby **GRANTS**, for good cause, the Motion to Compel.

SO ORDERED.

DATED: December _____, 2020

_____
 **HON. ADA BROWN**
 **UNITED STATES DISTRICT JUDGE**