UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR SANCHEZ, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-0832-E |
| SHERIFF MARIAN BROWN, et al. | § § § § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Modify Scheduling Order (Doc. No. 198). The Court grants the motion and modifies the scheduling order as follows:

| | |
|---|---|
| 1. COMPLETION OF FACT DISCOVERY: | March 16, 2021 |
| 2. DEADLINE TO FILE AMENDED MOTION FOR CLASS CERTIFICATION: | March 16, 2021 |
| 3. DEADLINE TO RESPOND TO AMENDED MOTION FOR CLASS CERTIFICATION: | March 30, 2021 |
| 4. DEADLINE TO REPLY TO AMENDED MOTION FOR CLASS CERTIFICATION: | April 13, 2021 |
| 5. COMPLETION OF EXPERT DISCOVERY: | March 30, 2021 |

| 6. PRETRIAL DISPOSITIVE MOTIONS DEADLINE: Responses must be filed within 14 days from the date the motion is filed, regardless of when the motion is filed. Replies may be filed within 7 days from the date the response is filed. | April 20, 2021 |
|---|---|
| 7. TRIAL SETTING: | 3-week docket beginning May 25, 2021 |

**SO ORDERED.**

**Signed January 7, 2021.**

Ada Brown
UNITED STATES DISTRICT JUDGE