## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **OSCAR SANCHEZ, TESMOND McDONALD, MARCELO PEREZ, KEITH BAKER, PAUL WRIGHT, and OLIVIA WASHINGTON,** *on their own and on behalf of a class of similarly situated persons*; <br><br> *Petitioners/Plaintiffs*, <br> **v.** <br><br> **DALLAS COUNTY SHERIFF MARIAN BROWN,** *in her official capacity*; **and DALLAS COUNTY, TEXAS;** <br><br> *Respondents/Defendants*. | **Civil Action No. 3:20-cv-00832** |

## DETAINEE PLAINTIFFS' DEPOSITION DESIGNATIONS

Detainee Plaintiffs serve the following deposition page/line designations that may be submitted to the Court and used at trial. Detainee Plaintiffs reserve the right to amend these designations and/or introduce additional testimony for rebuttal, impeachment, or any other proper purpose. Detainee Plaintiffs specifically note that due to the forward-looking nature of the relief they are seeking, they expect to receive additional information and documents from County Jail Defendants and the Dallas County Hospital District before and during trial and therefore reserve the right to amend or supplement these designations in light of receiving the additional information and documents.

**PATRICK JONES**
**DECEMBER 16, 2020**

| PLAINTIFFS' DEPOSITION DESIGNATIONS | OBJECTIONS TO DESIGNATIONS | COUNTER-DESIGNATIONS | OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 29:10-19 | | | |
| 91:18-22 | | | |
| 104:15-24 | | | |
| 134:22-135:20 | | | |
| 146:12-18 | | | |
| 147:12-18 | | | |
| 150:6-16 | | | |
| 168:19-169:2 | | | |
| 171:9-172:16 | | | |
| 176:18-22 | | | |
| 177:19-180:1 | | | |
| 187:16-21 | | | |
| 200:12-202:21 | | | |

**PATRICK JONES**
**MAY 27, 2021**

| PLAINTIFFS' DEPOSITION DESIGNATIONS | OBJECTIONS TO DESIGNATIONS | COUNTER-DESIGNATIONS | OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 20:9-22 | | | |
| 27:20-28:3 | | | |
| 30:25-31:13 | | | |
| 35:12-19 | | | |
| 35:25-36:16 | | | |
| 62:17-63:14 | | | |

**KIARA YARBOROUGH**
**DECEMBER 29, 2020**

| PLAINTIFFS' DEPOSITION DESIGNATIONS | OBJECTIONS TO DESIGNATIONS | COUNTER-DESIGNATIONS | OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 4:6-15 | | | |
| 4:20-23 | | | |

| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **OBJECTIONS TO DESIGNATIONS** | **COUNTER-DESIGNATIONS** | **OBJECTIONS TO COUNTER-DESIGNATIONS** |
|---|---|---|---|
| 7:18-8:11 | | | |
| 12:9-14:1 | | | |
| 14:12-15:3 | | | |
| 15:21-24 | | | |
| 19:24-20:10 | | | |
| 23:18-25 | | | |
| 24:4-12 | | | |
| 28:4-29:20 | | | |
| 31:24-32:8 | | | |
| 32:16-33:15 | | | |
| 34:22-35:15 | | | |
| 36:25-37:7 | | | |
| 38:9-19 | | | |
| 43:15-44:10 | | | |
| 44:20-45:14 | | | |
| 45:21-46:10 | | | |
| 48:20-49-12 | | | |
| 52:3-11 | | | |
| 53:11-54:2 | | | |
| 54:20-55:2 | | | |
| 57:9-58:11 | | | |
| 64:20-65:22 | | | |
| 67:11-17 | | | |
| 71:1-17 | | | |
| 77:5-14 | | | |
| 78:13-25 | | | |
| 79:8-13 | | | |
| 80:8-81:18 | | | |
| 88:4-89:1 | | | |
| 93:25-94:7 | | | |

**DR. HOMER VENTERS**
**May 25, 2021**

| **PLAINTIFFS' DEPOSITION DESIGNATIONS** | **OBJECTIONS TO DESIGNATIONS** | **COUNTER-DESIGNATIONS** | **OBJECTIONS TO COUNTER-DESIGNATIONS** |
|---|---|---|---|
| 5:10-6:18 | | | |
| 76:13-96:1 | | | |
| 97:8-130:1 | | | |
| 141:9-148:21 | | | |

**IDEARE BAILEY**
**DECEMBER 4, 2020**

| PLAINTIFFS' DEPOSITION DESIGNATIONS | OBJECTIONS TO DESIGNATIONS | COUNTER-DESIGNATIONS | OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 36.13-37:10 | | | |
| 38:18-24 | | | |
| 39:2-11 | | | |
| 40:3-15 | | | |
| 56:11-58:16 | | | |
| 39:12-24 | | | |

**OSCAR SANCHEZ**
**MAY 13, 2021**

| PLAINTIFFS' DEPOSITION DESIGNATIONS | OBJECTIONS TO DESIGNATIONS | COUNTER-DESIGNATIONS | OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 12:12-13:6 | | | |
| 20:10-22:2 | | | |
| 26.9-23 | | | |
| 27:17-29:5 | | | |
| 30:20-34:9 | | | |
| 37:11-21 | | | |

**OLIVIA WASHINGTON**
**MAY 13, 2021**

| PLAINTIFFS' DEPOSITION DESIGNATIONS | OBJECTIONS TO DESIGNATIONS | COUNTER-DESIGNATIONS | OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 8:19-10:3 | | | |
| 10:9-11:6 | | | |
| 12:17-24:15 | | | |
| 25:2-27:18 | | | |
| 28:12-35:3 | | | |
| 35:12-15 | | | |
| 35:22-23 | | | |
| 37:10-12 | | | |
| 37:20-38:4 | | | |
| 39:4-20 | | | |
| 40:8-41:6 | | | |

**KEITH BAKER**
**DECEMBER 29, 2020**

| PLAINTIFFS' DEPOSITION DESIGNATIONS | OBJECTIONS TO DESIGNATIONS | COUNTER-DESIGNATIONS | OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 12:18-15:24 | | | |
| 32:17-21 | | | |

Dated: July 13, 2021

Respectfully submitted,

/s/ Nancy Rosenbloom
AMERICAN CIVIL LIBERTIES
FOUNDATION
Andrea Woods*
N.Y. Bar No. 5595509
Nancy Rosenbloom
N.Y. Bar No. 2168425
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2528
awoods@aclu.org
nrosenbloom@aclu.org
Henderson Hill*
N.C. Bar No. 18563
201 W. Main St. Suite 402
Durham, NC 27701
(919) 682-9563
hhill@aclu.org

Kyle Virgien*
CA Bar No. 278747
39 Drumm St.
San Francisco, CA 94111
(202) 393-4930
kvirgien@aclu.org


/s/ Adam Safwat
WEIL, GOTSHAL & MANGES LLP
Adam Safwat*
D.C. Bar No. 1024043
Sarah Choi*
D.C. Bar No. 1657764

/s/ Brian Klosterboer
ACLU FOUNDATION OF TEXAS
Brian Klosterboer
Texas. Bar No. 24107833
Adriana Piñon*
Texas Bar No. 24089768
Savannah Kumar
Texas Bar No. 24120098
Andre Segura
Texas Bar No. 24107112
5225 Katy Fwy., Suite 350
Houston, TX 77007
Tel: (713) 942-8146
Fax: (346) 998-1577

/s/ Elizabeth Rossi
CIVIL RIGHTS CORPS
Elizabeth Rossi*
D.C. Bar No. 1500502
1601 Connecticut Ave NW,
Suite 800
Washington, D.C. 20009
(202) 894-6126
elizabeth@civilrightscorps.org

/s/ Barry Barnett
SUSMAN GODFREY L.L.P.
Barry Barnett
Texas Bar No. 01778700
8115 Preston Road, Suite 575
Dallas, TX 75225
(866) 754-1900
bbarnett@susmangodfrey.com
Michael Gervais*
N.Y. Bar No. 5122890
1900 Avenue of the Stars,
Suite 1400
Los Angeles, CA 90067
(310) 789-3100
mgervais@susmangodfrey.com

/s/ Alison Grinter
NEXT GENERATION ACTION
NETWORK
Alison Grinter
Texas Bar 24043476
Kim T. Cole
Texas Bar No. 24071024
1808 South Good Latimer
Expressway
Dallas, TX 75226
 (214) 704-6400
agrinter@thengan.com
kcole@thengan.com

2001 M Street NW,
Suite 600
Washington, D.C. 20036
(202) 682-7000
*adam.safwat@weil.com*
*sarah.choi@weil.com*

ATTORNEYS FOR PETITIONERS/PLAINTIFFS
*admitted pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECG system on all counsel registered with that system, and via email, on July 13, 2021.

*/s/ Barry Barnett*
Barry Barnett