IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSCAR SANCHEZ et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00832-M |
| MARIAN BROWN, et al., | § § § | |
| Defendants. | § § § | |

**ORDER**

Oral argument is SET in this case for **July 27, 2022, at 1:00 p.m.** Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242, and be prepared to argue Defendants' Motion to Dismiss (ECF No. 126), Defendants' Supplemental Motion to Dismiss (ECF No. 285), and Defendants' Motion for Summary Judgment (ECF No. 270).

By **July 11, 2022**, the parties shall submit a joint report including the following information: (a) the current status of each named Plaintiff regarding detention in Dallas County Jail, and if not detained, the date of release; (b) whether any disputes presented for resolution in the above-referenced Motions have been resolved; (c) each parties' respective position, not to exceed two pages per side, on the impact of Plaintiffs' Amended Motion for Class Certification and Appointment of Class Counsel on the above-referenced Motions, including whether Plaintiffs' Amended Motion for Class Certification should be resolved prior to reaching the questions regarding mootness and standing presented in the above-referenced Motions; and (d)

each parties' respective position, not to exceed two pages per side, regarding this case being referred to the Magistrate Judge for mediation or a settlement conference.

**SO ORDERED**.

June 28, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE